UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE M. FOHNE,<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>                              Defendants. | Case No.:  19cv1794-AJB (MSB)<br><br>**ORDER CONVERTING TELEPHONIC STATUS CONFERENCE TO SETTLEMENT DISPOSITION CONFERENCE** |

On October 14, 2020, Plaintiff filed a request to dismiss his case without prejudice, explaining that he would prefer to focus on parenting.  (ECF No. 29.) Considering Plaintiff's request, the Court **CONVERTS** the October 26, 2020 telephonic Status Conference to a Settlement Disposition Conference.  Any matters currently scheduled before the district judge will remain in effect pending notice from that court.

Unless Defendant opposes Plaintiff's request, the parties are ordered to file their Joint Motion to Dismiss this case consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), signed by counsel of record and any unrepresented parties, no later than **October 20, 2020**.  The Court asks Defendant's counsel to coordinate with Plaintiff and file the Joint Motion.  A proposed order granting the joint motion must be e-mailed to the assigned district judge's chambers on the same day.

1    If the fully executed Joint Motion to Dismiss is not filed by October 20, 2020, then

2    all counsel of record and unrepresented parties are required to appear in person for the

3    Settlement Disposition Conference.  The Settlement Disposition Conference will be held

4    on **October 26, 2020** at **11:00 a.m.**, on its chambers teleconference line at (888) 363-

5    4734.  Plaintiff and Defendant's counsel must call this number use the access code

6    3019297 to join the TCMC.  If the parties file their Joint Motion to Dismiss on or before

7    October 20, 2020, the Settlement Disposition Conference will be VACATED without

8    further court order.

9    **IT IS SO ORDERED.**

10   Dated:  October 14, 2020

12   Honorable Michael S. Berg
     United States Magistrate Judge

2